Print this page

# Envelope 3557779

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 12/22/2014 09:15:27 AM |
| Case Number | |
| Case Description | |
| Assigned to Judge | |
| Attorney | Jessica Akins |
| Firm Name | Harris County District Attorney's Office |
| Filed By | Jessica Akins |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Harris County District Attorney's Office |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | |
| Order # | |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Petition for Discretionary Review |
| Filing Description | State's Petition for Discretionary Review |
| Reference Number | COA # 01-12-01125-CR, Gary Wilson v. State |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
| --- | --- | --- |
| Other | 12/29/2014 11:42:39 AM | The petition for discretionary review does not contain a certification in compliance with T.R.A.P. 9.4(i)(3). Counsel's certification indicates this document contains 9160 words exceeding the word limit of 4500. You have ten days to tender a corrected petition for discretionary review. |

## Documents

| | | |
| --- | --- | --- |
| *Lead Document* | Gary Wilson - PDR.pdf | [Original] |

## eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
| --- | --- | --- | --- | --- | --- |
| Jessica Akins akins_jessica@dao.hctx.net | Harris County DA | EServe | Sent | Yes | Not Opened |
| Charles Hinton chashinton@sbcglobal.net | | EServe | Sent | Yes | Not Opened |
| Lisa McMinn Lisa.McMinn@SPA.texas.gov | | EServe | Sent | Yes | 12/22/2014 01:41:29 PM |